IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**<br><br>    Plaintiff<br><br>vs.<br><br>**LENOVO (United States), INC., ET AL.**<br><br>    Defendants | § § § § § § § § § § § | **CASE NO.  6:09cv399**<br>**PATENT CASE** |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**<br><br>    Plaintiff<br><br>vs.<br><br>**SONY CORPORATION, ET AL.**<br><br>    Defendants | § § § § § § § § § § § | **CASE NO.  6:09cv400**<br>**PATENT CASE** |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**<br><br>    Plaintiff<br><br>vs.<br><br>**ACER, INC., ET AL.**<br><br>    Defendants | § § § § § § § § § § § | **CASE NO.  6:09cv401**<br>**PATENT CASE** |

| | | |
|---|---|---|
| **BROADCOM CORPORATION and ATHEROS COMMUNICATIONS, INC.,** | § § § | |
| **Plaintiffs** | § § | **CASE NO. 6:09 CV 513** |
| vs. | § § | **PATENT CASE** |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| **Defendants** | § | |

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| **Plaintiff** | § § | **CASE NO. 6:10-CV-65** |
| vs. | § § | **PATENT CASE** |
| **T-MOBILE USA, INC.** | § § | |
| **Defendant** | | |

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| **Plaintiff** | § § | **CASE NO. 6:10-CV-66** |
| vs. | § § | **PATENT CASE** |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** | § § | |
| **Defendant** | | |

| | |
|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** § § § § **Plaintiff** § § **vs.** § § **AT&T, INC., ET AL.** § § **Defendants** | **CASE NO. 6:10-CV-67** **PATENT CASE** |

# ORDER

Before the Court are: (1) CSIRO's Motion to Amend and Supplement its Infringement Contentions and to Amend and Supplement its Complaint and Counterclaims (6:09cv399, Docket No. 85; 6:09cv400, Docket No. 75; 6:09cv401, Docket No. 78; 6:09cv513, Docket No. 101; 6:10cv065, Docket No. 61; 6:09cv066, Docket No. 59; 6:10cv067, Docket No. 64); (2) CSIRO's Motion to Compel Discovery from Sony (6:09cv400, Docket No. 100); and (3) Cellco Partnership d/b/a Verizon Wireless' Motion to Partially Preclude the Testimony of Dr. Kevin Negus (6:10cv66, Docket No. 75).

As stated at the hearing on March 31, 2011, CSIRO's Motion for Leave to Amend and Supplement is **GRANTED**. To give the parties sufficient time to prepare their case in light of CSIRO's amendments, the Court hereby Continues the trial in this case. The new dates are as follows:

*Markman* **Hearing (if necessary): October 6, 2011 at 9:00 a.m**

**Pretrial Conference: March 22, 2012 at 9:00 a.m.**

**Jury Selection: April 2, 2012 at 9:00 a.m.**

**Jury Trial: April 9, 2012 at 9:00 a.m.**

At the hearing, the parties were ordered to meet and confer and submit a new Docket Control Order in light of these new dates. The new Docket Control Order should be submitted no later than

Friday, April 15, 2011.

CSIRO's Motion to Compel Discovery from Sony and Verizon's Motion to Partially Preclude Testimony of Dr. Negus are hereby **DENIED as MOOT** in light of discussions at the hearing.

Finally, managing these cases separately is cumbersome on the Court staff and the Clerk's office. To promote efficiency, **the Court hereby CONSOLIDATES the above cases. Cause No. 6:09cv399 is the lead case. All parties are instructed to file any future motions in the lead case**. As stated at the hearing, the parties may continue to perform under their individual agreed Discovery Orders.

**So ORDERED and SIGNED this 1st day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**